UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                              : Case No.
                                                                    :
**Robert J. Matthews,**                                             : CHAPTER 13 PLAN
            **Debtor**                                              :

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor - debtor shall pay to the trustee the sum of **$1,300.00 monthly** for a period of **60 months**.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:


   (c) Subsequent to - pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:


3. The following executory contracts of the debtor are rejected:


   Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U.S.C. §350.


Dated: 08/30/2017                                    /s/ Robert J. Matthews
                                                     Robert J. Matthews